155 A.3d 442

**OUTLAW, Levon**

v.

**STATE of Maryland**

**Pet. Docket No. 500, Sept. Term, 2016**

Court of Appeals of Maryland.

February 21, 2017

Appeal denied by the Court of Special Appeals (No. 2314, Sept. Term, 2000).

Petition for writ of certiorari dismissed

■

155 A.3d 442

**PARKER, Toriano Mendell**

v.

**STATE of Maryland**

**Pet. Docket No. 517, Sept. Term, 2016**

Court of Appeals of Maryland.

February 21, 2017

Opinion of the Court of Special Appeals unreported (No. 2581, Sept. Term, 2015).

Petition for writ of certiorari denied